UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PARCELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CHANCE ANDES, Warden,[1]<br><br>　　　　　Respondent. | CASE NO. CV 2:21-8752 JAK (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

---

[1] Chance Andes, Warden at San Quentin Rehabilitation Center (SQRC), where Petitioner is currently housed, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 24, 2025

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE