JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PARCELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHANCE ANDES, Warden,[1]<br><br>　　　　Respondent. | Case No. CV 21-8752 JAK (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: July 24, 2025

　　　　　　　　　　　　　　　　　　／s／ John A. Kronstadt
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Chance Andes, Warden at San Quentin Rehabilitation Center (SQRC), where Petitioner is currently housed, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).